|  |  |
|---|---|
| Adam Smith,<br><br>            Plaintiff,<br><br>v.<br><br>William W Lothrop, et al.,<br><br>            Defendants. | No. CV-22-01324-PHX-SMB<br><br>**ORDER** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United States Magistrate Judge Michael Morrissey has issued a Report and Recommendation ("R&R") recommending that Plaintiff's Complaint be dismissed without prejudice (Doc. 13). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 5) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Morrissey. The Court will accept and adopt the R&R.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 13) is accepted.

…

…

…

1       **IT IS FURTHER ORDERED** dismissing this matter without prejudice and
2 directing the Clerk of Court to terminate this case.
3       Dated this 16th day of October, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge